No. 10-803. Del Banjo, Petitioner v. Vince Cullen, Acting Warden.

564 U.S. 1019, 131 S. Ct. 3023, 180 L. Ed. 2d 844, 2011 U.S. LEXIS 4617.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 614 F.3d 964.